# RANKIN COUNTY SHERIFF'S OFFICE

Page: 4

| ORI #: MS0610000 | | | |
|---|---|---|---|
| INCIDENT #: 2021050074 | DATE OF INCIDENT: 5/01/21 | TIME OF INCIDENT: 22:33 | |
| INCIDENT TYPE (SIGNAL): DR DRUGS/POSS | | | |
| Agency: RCSO | Incident No: 2021050074 | Date Entered: 5/02/2021 | Sequence: 1 |
| Author: DEDMON, CHRISTIAN LEE | | Title: DEDMON R-12 | |

05/01/2021

On the above date I, Investigator Dedmon, met with a confidential informant for the purpose of purchasing methamphetamine from Bobbi Adams. Arrangements were made to meet at the Outpost gas station on Highway 468. I cleared the vehicle and persons of the informant of anything illegal and provided him with $200.00 in official funds, which was the amount Adams wanted for approximately 5 grams of methamphetamine.

Upon the arrival of Adams the CI entered his vehicle, and purchased the substance. Once the CI was out of the target vehicle. Myself and other marked Deputies moved in to arrest Adams. Adams fled to the other side of the parking lot where he then exited his vehicle and fled to a wooded area across highway 468.

Cpl, and his K9 VooDoo began tracking Adams, where he was shortly apprehended by VooDoo. Upon us making contact with Adams he was eating methamphetamine. I was not able to get it out of his mouth. Adams then began Kicking the K9 in the face which caused him to bitten several more times.

Once I was able to get hand restraints on Adams he was taken back to the gas station parking lot where medical was called to assess him. Pafford transported Adams to Merrit Health Rankin where he received treatment for his dog bite. Adams while fleeing law enforcement on foot fractured his foot/ ankle area, and Merritt Health chose to send him UMC via ambulance so that he could retrieve better treatment.

Upon being released from UMC Adams was transported to Rankin County Jail. The methamphetamine that Adams sold was secured at the Sheriff's Office.

END OF REPORT----

EXHIBIT 1

RC 022

# RANKIN COUNTY SHERIFF'S OFFICE

Page: 3

| ORI #: MS0610000 | | | |
|---|---|---|---|
| INCIDENT #: 2021050074 | | DATE OF INCIDENT: 5/01/21 | TIME OF INCIDENT: 22:33 |
| INCIDENT TYPE (SIGNAL): DR DRUGS/POSS | | | |
| Agency: RCSO | Incident No: 2021050074 | Date Entered: 5/24/2022 | Sequence: 3 |
| Author: | | Title: MONEY FOUND SUP. | |

On 5-1-2021 around 2240 hours, I, Deputy J. Lewis assisted Investigator Dedmond and a K9 unit with a suspect that ran into the ditch across from Outpost Gas station located at the intersection of Hwy 469 and Hwy 468. Investigator Dedmond and I looked for the $200.00 dollars the suspect received from selling drugs to an informant of Investigator Dedmond. On 5-2-2022 around 1020 hours, I returned to the scene and was able to locate the $200.00 dollars in the grass in the ditch near the location the suspect was detained. I notified Investigator Dedmond and turned the money over for evidence.

RC 023

**Dispatch Agency: RANKIN COUNTY SHERIFF'S OFFICE   Call Number: 2021050074**

Agency Involved: RANKIN COUNTY SHERIFF'S OFFI   Agency Call Number: 2021050074

| | Date | Time | Location Address Information |
|---|---|---|---|
| Received | 5/01/21 | 22:33:24 | 1649 HWY 469 N |
| Dispatched | 5/01/21 | 22:34:52 | PEARL |
| Enroute | 5/01/21 | 22:44:27 | |
| Arrived | 5/01/21 | 22:34:55 | Call Reported From: Telephone:   (601)   000-0000 |
| | | | 1649 HWY 469 N |
| Under Control | | | R12 |
| Completed | 5/02/21 | 4:11:06 | Third Party: |

| | | |
|---|---|---|
| **Signal** | DR | DRUGS/POSS |
| **Reference Signal** | DR | DRUGS/POSS |
| **Actual Signal** | DR | DRUGS/POSS |

Extra Phone 1:         Extra Phone 2:

Citations Issued  ☐   Weapon How Received:      License No:      Created: New

DISPOSITIONS/NOTIFIEDS

DISPOSITION: RCSO COMP         NOTIFIED: NONE SELECTED

RC 024

**Dispatch Agency: RANKIN COUNTY SHERIFF'S OFFICE   Call Number: 2021050074**

Notes:
2020020050 05/01/2021 22:33:24:  BRANDON OUTPOST STORE
2020100317 05/01/2021 22:34:34: B//M WHITE SHIRT
RAN BACK OF OUTPOST
2020100317 05/01/2021 22:36:26: 1X IN CUSTODY
2020100317 05/01/2021 22:44:05: This message was sent from Page Manager: "1649 Hwy 469 N, Pearl, MS Information ADULT MALE NEEDS MEDICAL ATTENTION " on 5/1/2021 10:44:05 PM.
2020020050 05/01/2021 22:48:47:   OUERY: RAK0476, MS - Received 05/01/2021 22:29:13
VIN/4T1B11HK9JU671500

RR.MSLIC0000.MS0610003.*MRI2325015.
**** RECORDS MAINTAINED BY MS TAX COMMISSION ****
LIC/RAK0476   LIT/PC EXP/11-2021 ISSUED/12212020 TAG STATUS/1-Valid
VIN/4T1B11HK9JU671500    2018 TOYT CAMR SD  RED
PUR-DTE/11012019 TLE-DTE/12052019 TLE/MS002167500TYPE/O
REG/ARMSTRONG, KASSANDRA          TLE/ARMSTRONG, KASSANDRA
 104 CHINKAPIN CV            104 CHINKAPIN CV
 PEARL       MS 39208         PEARL     MS 39208
CO/RANKIN            CO/RANKIN         #LEINS/1
LEIN/1 DTE/11012019         LEIN/2 DTE/
CAPITAL ONE AUTO FINANCE
P O BOX 660068
SACRAMENTO    CA 958660000
2020100317 05/01/2021 22:49:10: UPDATE K9 VODOO WAS RELEASED
2021030120 05/01/2021 23:03:13: OLN/435477101

OLN/941006014   CLASS/State ID Card
adams       bobbie
104 Chinkapin Cv         Pearl      MS  39208-5535
RAC/B   SEX/M EYE/Brown   HAI/Black   HGT/601     WGT/210
SOC/[redacted]   DOB/[redacted]  ISSU/20191022 EXP/20240721
RESTRICTIONS/NONE    ENDORSEMENTS/NONE ELIG DATE/00000000
STATUS NON-CDL:UNLICENSED       STATUS CDL:UNLICENSED
 ** END OF DRIVERS HISTORY **

** STATE SPECIFIC DATA **
ALERT: ID Card ONLY:941006014


2020020050 05/01/2021 23:11:45: R12 AND PAFFORD ENROUTE TO MERIT HEALTH RANKIN

**Parties Involved:**

| Name: | Eqp. No.: | ID Number | Party | Dispatched | Enroute | Arrived | Completed |
|---|---|---|---|---|---|---|---|
| LATENDRESS, SIERRA | | 2020020050 | R | | | | |
| ADAMS, FAITH | | 2020100317 | Z | | | | |
| ADAMS, FAITH | | 2020100317 | D | | | | |
| DEDMON, CHRISTIAN | | 2017080507 | J | 22:34:52 | 23:12:03 | 22:34:55 | |
| MONTEREY 1, | MONT1 | 2008090005 | Z | 22:44:13 | 22:45:54 | 22:54:35 | |
| EMS 1, | PAFFORD 1 | 2008100024 | M | 22:44:21 | 22:44:27 | 22:54:41 | |
| BEAMONS WRECKER SERVICE, | BEAMON | 2018110082 | Z | 22:50:10 | | | |
| RANKIN COUNTY TOWING SM, | | 2008080285 | Z | 22:51:12 | 22:51:56 | 23:24:44 | |
| HUERTA, ENRIQUE | E05 | 2021030120 | Z | | | | |

RC 025

Dispatch Agency: RANKIN COUNTY SHERIFF'S OFFICE   Call Number: 2021050074

| | | | | | | |
|---|---|---|---|---|---|---|
| SHACK, TONY | | K9 | 2008080199 | A | 23:12:27 | 23:12:32 | 23:27:55 |

RC 026

**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** 2021-050074

**FROM:** Officer __Tony Shack__    **S.O. NUMBER:** __R-96__

**TO:** Sheriff Bailey

**VIA:** __Lt. Williams__    **S.O. NUMBER:** __R-33__
*Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser\*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: __K9__    Date of incident: __05 / 01 / 21__

Serious injury/death involved? Yes ☐  No ☑    AMR/Rescue on scene? Yes ☑  No ☐

Injured taken to: __Merrit Rankin/ UMC__    by: __Pafford__

Day time ☐   Night time ☑    Investigator Called: __Chief McAplin R-4__

Other Officers, witnesses to the incident: __Dedmon R-12__
*(List badge number if officer, list contact phone number if civilian.)*

Type of call: __Sale of methamphetamine__
*(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☑  No ☐

Taken by: __Shack__   *(Attach copy of photos to this report.)*

\* Taser downloaded: ___/___/___   _____Hrs. By:_____
                    *Date*        *Time*

RC 027

**Rankin County Sheriff's Department – Use of Force Report**     Page 2

Incident Number: _____ 2021-050074 _____

Circumstances surrounding the use of force:

On the above date while assisting Investigator Dedmon on a controlled purchase of narcotics the suspect began fleeing the parking lot in his vehicle. Upon reaching the other side of the parking lot the suspect exited his vehicle, and began to flee on foot. Being the suspect just committed numerous felonies I deployed my K9 VooDoo to track the suspect. Upon the suspect crossing Highway 468 we entered into a wooded area where VooDoo apprehended the suspect. The suspect was bit multiple times due to him kicking the K9 in the face and refusing to follow verbal commands. Investigator Dedmon was able to place the suspect in hand restraints, he was taken back to the location the incident took place and was transported to Merrit Health by Pafford.

_____ K96     16:50 Hrs.     5/12/21
Officer's Signature                  Time           Date

_____ R-40     5/12/21
Shift Supervisor's Signature         Date

RC 028

# RANKIN COUNTY JAIL

 

### Name
### ADAMS, BOBBIE

Street Address:
**104 CHINKAPIN COVE**
CITY:       STATE:     ZIP:
PEARL, MS  392080000

Age: 38

| Arrest Date: | Time: | Arresting Agency: | Court Date: | Arrest Location: |
|---|---|---|---|---|
| 05/02/21 | 15:35 | RSO | | Brandon   MS |
| Release Date: 05/27/2021 | | | | |

| | | | | |
|---|---|---|---|---|
| Sex: M | Eyes: BRO | Height: 6-1 | Appearance: 20 | |
| Race: B | Hair: BLK | Weight: 210 | Build: 2 | |
| Scars/Marks/Tattoos: | | Birth Place: MONROE | | LA |

| 1 | 00045 | CONT. SUBST.: SALE/DISTRIBUTE/MANUFACTURE/PC | F | 20,000.00 SB |
|---|---|---|---|---|
| | Statute (RSA): 41-29-139(a)(1) | | | |
| 2 | 00167 | TAMPERING WITH PHYSICAL EVIDENT | F | 0.00 |
| | Statute (RSA): 97-1-125 | | | |
| 3 | 00163 | CONSPIRACY | F | 0.00 |
| | Statute (RSA): 97-1-1 | | | |

RC 029



RC 036







RC 039