<u>AFFIDAVIT OF TONY SHACK</u>

STATE OF MISSISSIPPI
COUNTY OF RANKIN

     NOW COMES Tony Shack, Affiant, and first being duly sworn does hereby state upon first-hand personal knowledge and under oath, as follows:

     1.    I am an adult resident citizen of Mississippi and have personal, first-hand knowledge of the facts set forth in this affidavit. I am under no mental disability and am competent to make this affidavit.

     2.    On May 1, 2021, I assisted Investigator Christian Dedmon on a controlled purchase of narcotics at or around The Outpost gas station in Rankin County, Mississippi. Following the sale of narcotics, the suspect first tried to evade capture in his car, then tried to run on foot.

     3.    In my experience, many suspects who sell illegal narcotics possess firearms. Because the suspect, now known to be Bobbie Adams, was presumed armed and dangerous, and was running to a wooded area at night, I decided to release my K9 unit ("VooDoo") to stop Adams' flight from police.

     4.    Dedmon ran in front of VooDoo after he was released from my patrol vehicle and was bitten on the arm. According to dispatch audio, this occurred around 22:32:59 military time when Dedmon requested, "Can you send Monterey [Fire Department] to Outpost; VooDoo bit me."

     5.    I then put VooDoo back into my patrol vehicle to make sure Dedmon could continue the pursuit of Adams. Upon tending to Dedmon, I tethered VooDoo and followed the K9 while tracking Adams to a ditch across Hwy 468.

     6.    According to dispatch audio, VooDoo found the suspect at or around 22:35:34 military time when I announced, "Christian come to me." No other deputies had announced

**EXHIBIT**
**2**

arriving on scene by that time, and I required Dedmon's assistance since I could not handcuff Adams and handle VooDoo at the same time.

7.      I attempted to release VooDoo's hold of Adams' leg while Dedmon handcuffed the suspect, but VooDoo bit Adams' other leg when he changed positions and appeared to kick the K9. VooDoo finally released Adams when I used a break bar and Adams was lifted to his feet around 22:35:45 military time when the announcement was made on dispatch audio "one in custody." No other force was used on Adams.

8.      After we were able to get VooDoo and Adams out of the ditch and back onto Hwy 468, Deputy John Lewis arrived on scene at 22:39:08 military time according to dispatch audio. Adams was provided medical assistance at The Outpost and then taken to Merit Health Rankin for medical treatment.

FURTHER Affiant sayeth not.

_____
TONY SHACK

SWORN & SUBSCRIBED BEFORE ME, this the 30th day of June, 2025.

_____
NOTARY PUBLIC

My Commission Expires:

_____