```
Physician Documentation
 Merit Health Rankin
 Emergency Services
Name: Adams, Bobby
Age: 38 yrs
Sex: Male
DOB:
MRN: 0000347002
Arrival Date: 05/01/2021
Time: 23:40
Account#:
Bed ER 02
Private MD:
ED Physician Bredemeier, Gregory
Disposition:
05/02
03:10  Electronically signed by: Bredemeier, Gregory. Chart complete.      gb1

Disposition Summary:
05/02/21 03:13
Transfer Ordered
        Transfer Location: University of Mississippi Medical Center       gb1
        Reason: Orthopedics - Higher level of care                        gb1
        Condition: Stable                                                 gb1
        Problem: new                                                      gb1
        Symptoms: have improved                                           gb1
        Accepting Physician: DR. ANDERSON(05/02/21 03:57)                 cad
        Diagnosis
          - MULTIPLE LACERATIONS OF BOTH LOWER EXTREMITIES FROM DOG BITE  gb1
          - LISFRANC FRACTURE-DISLOCATION LEFT FOOT                       gb1
          - MARKEDLY COMMINUTED FRACTURES OF CUBOID, 2ND THROUGH 5TH      gb1
        METATARSALS AND 1ST METATARSAL
        Forms:
          - Medication Reconciliation Form                                gb1
HPI:
05/01
23:51  This 38 yrs old Black Male presents to ER via EMS with complaints  gb1
       of Possible Overdose.
05/01
23:51  PATIENT APPARENTLY RAN FROM POLICE AND THE POLICE DOG BIT HIM IN   gb1
       BOTH LEGS. HE ALSO FELL INJURED LEFT ANKLE WHICH WAS PLACED IN A
       SPLINT PRIOR TO ARRIVAL. HE COMPLAINS OF PAIN IN HIS LEGS IS LEFT
       ANKLE. HE ALSO SAYS HE IS SHORT OF BREATH. SYMPTOMS ARE MODERATE AT
       THIS TIME. HE STATES HE DID NOT INGEST ANYTHING..

Historical:
- Allergies: No known drug Allergies;
- Home Meds:
  1. None
- PMHx: None;
- PSHx: None;
- Immunization history:



- History obtained from: patient. EMS.
- Family history:
- Social history: :
```

Patient:ADAMS, BOBBY     MRN:0000347002   Encounter:5538728    Page 1 of 4


EXHIBIT 4

RC 257

- Social history: █████████████████████████

ROS:
05/01
23:55  ████████████████████████████████████████  gb1
       ████████████████████████████████████████
       ████████████████████████████████████████
       ████████████████████

Exam:
05/01
23:56  ████████████████████████████████  gb1
23:56  ████████████████████████████████████████
23:56  ████████████████████████████████████████
23:56  ████████████████████████████████████████
23:56  ████████████████████████████████████████
23:56  ████████████████████████████████████████
23:56  ████████████████████████████████████████
23:56  ████████████████████████████████
23:56  ████████████████████████
23:56  Musculoskeletal/extremity: DRESSING BOTH LOWER LEGS LEFT KNEE AND
       RIGHT LOWER LEG WITH SPLINT PLACED ON LEFT ANKLE..
23:56  ████████████████████████████ ,
05/02
03:13  Musculoskeletal/extremity: LEFT FOOT VERY SWOLLEN AND EXTREMELY    gb1
       TENDER TO ANY PALPATION TOES INTACT TO LIGHT TOUCH WITH GOOD
       CAPILLARY REFILL NO OPEN LESIONS.
03:13  Musculoskeletal/extremity: MULTIPLE LACERATIONS FROM DOG BITE BOTH
       LOWER EXTREMITIES TOTAL OF APPROXIMATELY 20 CM IRREGULAR
       FULL-THICKNESS..

Vital Signs:
05/01
23:48  ████████████████████████████████ █ ████████  bs1

05/01
23:48  ████████████████████████████████  bs1

Glasgow Coma Score:
05/01
23:46  ████████████████████████████████████████  bs1

Procedures:
05/02
01:46  THERE WERE 5 SEPARATE LACERATIONS 3 ON THE RIGHT LEG AND 2 ON THE  gb1
       LEFT WHICH REQUIRED A TOTAL OF 15 3-0 INTERRUPTED SUTURES.
       LACERATIONS WERE IRREGULAR FULL-THICKNESS APPROXIMATELY 20 CM IN
       TOTAL.

Laceration:


RC 258

Radiology Results
**MERIT HEALTH RANKIN**
**350 CROSSGATES BLVD**
**BRANDON     MS 39042**

Coid: 837
Page:1

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD LE-ANKLE 3VPLUS DR   **Order #:** 18484565        **Account:** 5538728
**Medical Record Number:** 0000347002       **DOB:**                   **Gender:** MALE
**Status:** F                        07:11  **Order Date:** 05/01/2021 **Patient Name:** ADAMS, BOBBY
**Result Date/Time:** 05/02/2021            **Order Time:** 23:44      **Admit Date:** 05/01/2021

**PHYSICIANS Dictating:** RUSHING, ERIC LANE        **Signature:** RUSHING, ERIC LANE

### RESULT TEXT

OVERDOSE
Reason;FALL; Bed Name: ER 02
Procedure Acknowledge Date: 05/02/2021 12:22 AM

Clinical Information: Reason;FALL; Bed Name: ER 02

LT ANKLE COMPLETE

FINDINGS: 3 views of the left ankle were obtained. Fracture of the base of the 5th metatarsal is present. Fractures also appear be present through the Lisfranc joint region which are more completely evaluated on the foot exam. No fracture or dislocation is seen within the ankle itself.

Electronically signed by:  Dr Lane Rushing, MD on 5/2/2021 7:11 AM

DT: 05/02/2021 07:07 AM    Dictated By: RUSHING, ERIC LANE MD
DF: 05/02/2021 07:11 AM    Signed By: RUSHING, ERIC LANE MD
----------------------------------------------

**Patient:** ADAMS, BOBBY        **MRN:** 0000347002  **Encounter:** 5538728        Page 1 of 2


RC 270

Radiology Results
MERIT HEALTH RANKIN
350 CROSSGATES BLVD
BRANDON    MS 39042

Coid: 837
Page:1

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD LE-ANKLE 3VPLUS DR  **Order #:** 18484565  **Account:** 5538728
**Medical Record Number:** 0000347002  **DOB:**   **Gender:** MALE
**Status:** F      07:11  **Order Date:** 05/01/2021  **Patient Name:** ADAMS, BOBBY
**Result Date/Time:** 05/02/2021  **Order Time:** 23:44  **Admit Date:** 05/01/2021

**PHYSICIANS Dictating:** RUSHING, ERIC LANE      **Signature:** RUSHING, ERIC LANE

### RESULT TEXT

OVERDOSE
Reason;FALL; Bed Name: ER O2
Procedure Acknowledge Date: 05/02/2021 12:22 AM

Clinical Information: Reason;FALL; Bed Name: ER O2

LT ANKLE COMPLETE

FINDINGS: 3 views of the left ankle were obtained. Fracture of the base of the 5th metatarsal is present. Fractures also appear be present through the Lisfranc joint region which are more completely evaluated on the foot exam. No fracture or dislocation is seen within the ankle itself.

Electronically signed by:   Dr Lane Rushing, MD on 5/2/2021 7:11 AM

DT: 05/02/2021 07:07 AM   Dictated By: RUSHING, ERIC LANE MD
DF: 05/02/2021 07:11 AM   Signed By: RUSHING, ERIC LANE MD
-------------------------------------------------

**Patient:** ADAMS, BOBBY       MRN:0000347002   Encounter:5538728      Page 2 of 2

RC 271

Radiology Results
MERIT HEALTH RANKIN
350 CROSSGATES BLVD
BRANDON    MS 39042

Coid: 837
Page: 1

## RADIOLOGY TEST INFORMATION

Type/source: RAD LE-FOOT 3V PLUS DR    Order #: 18484590    Account: 5538728
Medical Record Number: 0000347002    DOB:    Gender: MALE
Status: F    07:12    Order Date: 05/02/2021    Patient Name: ADAMS, BOBBY
Result Date/Time: 05/02/2021    Order Time: 00:25    Admit Date: 05/01/2021

PHYSICIANS Dictating: RUSHING, ERIC LANE        Signature: RUSHING, ERIC LANE

### RESULT TEXT

OVERDOSE
Reason;FALL; Bed Name: ER O2
Procedure Acknowledge Date: 05/02/2021 12:36 AM

Clinical Information: Reason;FALL; Bed Name: ER O2

LT FOOT COMPLETE

FINDINGS: Portable AP, oblique, lateral views of the left foot were obtained. Fractures are present involving the bases of the 2nd through 5th metatarsals with lateral and slight dorsal subluxation of the metatarsal shafts with respect to the adjacent cuneiforms and cuboid. Fracture of the anterolateral margin of the cuboid is present. Diffuse soft tissue swelling seen.

IMPRESSION: Lisfranc joint fracture/subluxation

Electronically signed by:   Dr Lane Rushing, MD on 5/2/2021 7:12 AM

DT: 05/02/2021 07:11 AM    Dictated By: RUSHING, ERIC LANE MD
DF: 05/02/2021 07:12 AM    Signed By: RUSHING, ERIC LANE MD
-------------------------------------------

Patient: ADAMS, BOBBY    MRN:0000347002    Encounter:5538728    Page 1 of 3



RC 272

Radiology Results
**MERIT HEALTH RANKIN**
350 CROSSGATES BLVD
BRANDON    MS 39042

Coid: 837
Page:1

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD LE-FOOT 3V PLUS DR    **Order #:** 18484590    **Account:** 5538728
**Medical Record Number:** 0000347002    **DOB:**    **Gender:** MALE
**Status:** F    07:12    **Order Date:** 05/02/2021    **Patient Name:** ADAMS, BOBBY
**Result Date/Time:** 05/02/2021    **Order Time:** 00:25    **Admit Date:** 05/01/2021

**PHYSICIANS Dictating:** RUSHING, ERIC LANE    **Signature:** RUSHING, ERIC LANE

### RESULT TEXT

OVERDOSE
Reason;FALL; Bed Name: ER O2
Procedure Acknowledge Date: 05/02/2021 12:36 AM

Clinical Information: Reason;FALL; Bed Name: ER O2

LT FOOT COMPLETE

FINDINGS: Portable AP, oblique, lateral views of the left foot were obtained. Fractures are present involving the bases of the 2nd through 5th metatarsals with lateral and slight dorsal subluxation of the metatarsal shafts with respect to the adjacent cuneiforms and cuboid. Fracture of the anterolateral margin of the cuboid is present. Diffuse soft tissue swelling seen.

IMPRESSION: Lisfranc joint fracture/subluxation

Electronically signed by:    Dr Lane Rushing, MD on 5/2/2021 7:12 AM

DT: 05/02/2021 07:11 AM    Dictated By: RUSHING, ERIC LANE MD
DF: 05/02/2021 07:12 AM    Signed By: RUSHING, ERIC LANE MD
------------------------------------------------

Patient:ADAMS, BOBBY    MRN:0000347002    Encounter:5538728    Page 2 of 3



RC 273

Radiology Results
MERIT HEALTH RANKIN
350 CROSSGATES BLVD
BRANDON    MS 39042

Coid: 837
Page:1

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD LE-FOOT 3V PLUS DR   **Order #:** 18484590   **Account:** 5538728
**Medical Record Number:** 0000347002   **DOB:**    **Gender:** MALE
**Status:** F              07:12   **Order Date:** 05/02/2021   **Patient Name:** ADAMS, BOBBY
**Result Date/Time:** 05/02/2021   **Order Time:** 00:25   **Admit Date:** 05/01/2021

**PHYSICIANS Dictating:** RUSHING, ERIC LANE    **Signature:** RUSHING, ERIC LANE

### RESULT TEXT

OVERDOSE
Reason;FALL; Bed Name: ER O2
Procedure Acknowledge Date: 05/02/2021 12:36 AM

Clinical Information: Reason;FALL; Bed Name: ER O2

LT FOOT COMPLETE

FINDINGS: Portable AP, oblique, lateral views of the left foot were
obtained. Fractures are present involving the bases of the 2nd through
5th metatarsals with lateral and slight dorsal subluxation of the
metatarsal shafts with respect to the adjacent cuneiforms and cuboid.
Fracture of the anterolateral margin of the cuboid is present. Diffuse
soft tissue swelling seen.

IMPRESSION: Lisfranc joint fracture/subluxation

Electronically signed by:  Dr Lane Rushing, MD on 5/2/2021 7:12 AM

DT: 05/02/2021 07:11 AM    Dictated By: RUSHING, ERIC LANE MD
DF: 05/02/2021 07:12 AM    Signed By: RUSHING, ERIC LANE MD
----------------------------------------

Patient:ADAMS, BOBBY       MRN:0000347002  Encounter:5538728      Page 3 of 3


RC 274

Radiology Results
MERIT HEALTH RANKIN
350 CROSSGATES BLVD
BRANDON    MS 39042

Coid: 837
Page:1

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD CT LOWER EXT W/O CONTRAST   18484632   **Account:** 5538728
**Medical Record Number:** 0000347002   **DOB:** ▮▮▮▮▮▮   **Gender:** MALE
**Status:** F   10:07   **Order Date:** 05/02/2021   **Patient Name:** ADAMS, BOBBY
**Result Date/Time:** 05/02/2021   **Order Time:** 01:08   **Admit Date:** 05/01/2021

**PHYSICIANS Dictating:** RUSHING, ERIC LANE      **Signature:** RUSHING, ERIC LANE

### RESULT TEXT

OVERDOSE
Reason;FALL; Bed Name: ER O2
Procedure Acknowledge Date: 05/02/2021 01:37 AM

Clinical Information: Reason;FALL; Bed Name: ER O2

LT CT LOWER EXT WO CONTRAST

FINDINGS: Axial CT imaging of the left tibia and fibula was performed. There is some motion artifact limiting evaluation midshaft of the tibia and fibula. No acute osseous or articular abnormalities. A small calcific present within the subcutaneous fat adjacent to the medial midshaft of the tibia no surrounding edema. This is likely chronic soft tissue calcification rather than foreign body. No other abnormality is seen.

IMPRESSION: Somewhat limited study due to motion artifact with no acute abnormality seen.

This CT exam was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of mA and/or KV according to patient size, and/or use of iterative reconstruction technique.

Electronically signed by:  Dr Lane Rushing, MD on 5/2/2021 10:07 AM

DT: 05/02/2021 10:03 AM    Dictated By: RUSHING, ERIC LANE MD
DF: 05/02/2021 10:07 AM    Signed By: RUSHING, ERIC LANE MD
--------------------------------------------

Radiology Results
**MERIT HEALTH RANKIN**
**350 CROSSGATES BLVD**
**BRANDON       MS 39042**

Coid: 837
Page:1

## RADIOLOGY TEST INFORMATION

**Type/source:** RAD CT LOWER EXT W/O CONTRAST   **Order#:** 18484632   **Account:** 5538728
**Medical Record Number:** 0000347002   **DOB:**                     **Gender:** MALE
**Status:** F                    10:07   **Order Date:** 05/02/2021   **Patient Name:** ADAMS, BOBBY
**Result Date/Time:** 05/02/2021        **Order Time:** 01:08        **Admit Date:** 05/01/2021

**PHYSICIANS Dictating:** RUSHING, ERIC LANE           **Signature:** RUSHING, ERIC LANE

### RESULT TEXT

OVERDOSE
Reason;FALL; Bed Name: ER O2
Procedure Acknowledge Date: 05/02/2021 01:37 AM

Clinical Information: Reason;FALL; Bed Name: ER O2

LT CT LOWER EXT WO CONTRAST

FINDINGS: Axial CT imaging of the left tibia and fibula was performed. There is some motion artifact limiting evaluation midshaft of the tibia and fibula. No acute osseous or articular abnormalities. A small calcific present within the subcutaneous fat adjacent to the medial midshaft of the tibia no surrounding edema. This is likely chronic soft tissue calcification rather than foreign body. No other abnormality is seen.

IMPRESSION: Somewhat limited study due to motion artifact with no acute abnormality seen.

This CT exam was performed using one or more of the following dose reduction techniques: Automated exposure control, adjustment of mA and/or KV according to patient size, and/or use of iterative reconstruction technique.

Electronically signed by:  Dr Lane Rushing, MD on 5/2/2021 10:07 AM

DT: 05/02/2021 10:03 AM    Dictated By: RUSHING, ERIC LANE MD
DF: 05/02/2021 10:07 AM    Signed By: RUSHING, ERIC LANE MD
-------------------------------------------------

**Patient:** ADAMS, BOBBY       MRN:0000347002   Encounter:5538728    Page 2 of 2



RC 276

Radiology Results
**MERIT HEALTH RANKIN**
**350 CROSSGATES BLVD**
**BRANDON      MS 39042**

Coid: 837
Page:1

# RADIOLOGY TEST INFORMATION

**Type/source:** RAD CT LOWER EXT W/O CONTRAST  **Order #:** 18484657  **Account:** 5538728
**Medical Record Number:** 0000347002  **DOB:** ▮▮▮▮  **Gender:** MALE
**Status:** F      10:12  **Order Date:** 05/02/2021  **Patient Name:** ADAMS, BOBBY
**Result Date/Time:** 05/02/2021  **Order Time:** 02:04  **Admit Date:** 05/01/2021

**PHYSICIANS Dictating:** RUSHING, ERIC LANE       **Signature:** RUSHING, ERIC LANE

## RESULT TEXT

OVERDOSE
Reason;Deformity, lt foot
Procedure Acknowledge Date: 05/02/2021 02:25 AM

Clinical Information: Reason;Deformity, lt foot

LT CT LOWER EXT WO CONTRAST

FINDINGS: Axial CT imaging of the left ankle and foot were obtained
with reformatted sagittal and coronal images. Preliminary report was
provided by Virtual Radiologic.

Fractures are present throughout the Lisfranc joint with dorsal and
lateral subluxation of the 2nd through 5th metatarsals with respect to
the cuboid and cuneiforms. Multiple small fracture fragments are
present along the bases of the 2nd through 5th metatarsals as well as
the adjacent cuneiforms and cuboid. Oblique fracture through the
anterior lateral border of the cuboid is present with some impaction.
Horizontally oriented fracture of the base of the 5th metatarsal is
present without significant displacement.


IMPRESSION: Lisfranc joint fracture dislocation detailed above.

This CT exam was performed using one or more of the following dose
reduction techniques: Automated exposure control, adjustment of mA
and/or KV according to patient size, and/or use of iterative
reconstruction technique.

Electronically signed by:  Dr Lane Rushing, MD on 5/2/2021 10:12 AM

DT: 05/02/2021 10:07 AM    Dictated By: RUSHING, ERIC LANE MD
DF: 05/02/2021 10:12 AM    Signed By: RUSHING, ERIC LANE MD
------------------------------------------------

Patient:ADAMS, BOBBY       MRN:0000347002  Encounter:5538728     Page 1 of 4



RC 277