IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.   CAUSE NO. 32212 (Count I)

BOBBIE ADAMS   DEFENDANT



FILED NOV 09 2022 REBECCA N. BOYD, CIRCUIT CLERK BY

### ORDER OF SENTENCE

**THIS CAUSE** came on for hearing in open Court on the matter of sentencing the Defendant, **BOBBIE ADAMS**, under and pursuant to the Judgment(s) of Conviction for the crime(s) of **Sale of two (2) grams or more but less than ten (10) grams of Methamphetamine, a Scheduled II Controlled Substance**, as charged in the Indictment(s) and/or Bill(s) of Information in Cause Number(s) **32212 (Count I)**, and the Defendant having entered a plea(s) of guilty to the said crime(s) on the **September 6, 2022**, and the Defendant and the Defendant's attorney, **John Holaday**, and the State's attorney all being present and the Court, being fully advised in the premises finds and determines that: a) the victim(s) and the investigating officer(s) were notified in advance of these proceedings; b) the defendant's plea(s) of guilty was/were entered **WITHOUT** a recommendation of sentence from the State; c) questions and comments from all interested parties were invited and those submitted were received and considered; d) the Defendant and Defendant's Attorney were given an opportunity to address the court on all matters relevant to these proceedings including the presentation of circumstances in extenuation and mitigation; e) the recommendation of sentence, if made, by the State is hereby accepted and adopted by the Court as the sentence of the Court; and (f) sentence should now be imposed.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant is sentenced as follows:

EXHIBIT 5

1

(1) To serve a term of **Twenty (20)** year(s) in the custody of the Mississippi Department of Corrections in Cause Number(s) **32212 (Count I). PROVIDED, HOWEVER,** that pursuant to Section 47-7-33 **OR** pursuant to Section 47-7-34 of the Mississippi Code of 1972, the to be released after serving **Twelve (12) years and** the Defendant shall be released and placed on **Post Release Supervision** under the direct supervision of the Mississippi Department of Corrections on the terms, provisions and conditions prescribed elsewhere in this Order. The above sentence is ordered to run consecutively to any and all other sentences.

(2) To serve a term of **Five (5) years** on **Post Release Supervision** under the direct supervision of the Department of Corrections which shall commence upon the Defendant's release from the custody of the Mississippi Department of Corrections. During the term of SUPERVISED PROBATION or POST-RELEASE SUPERVISION the Defendant shall obey all orders of this Court and all the terms and conditions of probation or post-release supervision as may be imposed by this Court or the Mississippi Department of Corrections ("MDOC"), including but not limited to those conditions set forth by Miss. Code Ann. §47-7-35 (1972, as amended), as well as any modification or alterations thereto made by either this Court or the MDOC. It is further provided that, if the Defendant is adjudicated to be guilty of a material breach, violation or nonobservance of any of the terms, provisions or conditions of probation or post-release supervision, the probationary term may be revoked, the stay of execution and suspension of sentence terminated, and the Defendant's custody may be remanded to the MDOC for incarceration until the unserved portion of his sentence is fully satisfied.

(3) To pay court costs, fees and assessments in the amount of **$458.50 to be paid at the rate of but not less than $50.00 per month beginning first working day of the first full month after release and continuing until paid in full.**

**IT IS HEREBY ORDERED** that time payments for any applicable court costs, fees and assessments, fine(s) or restitution paid by the Defendant shall be applied as follows: FIRST to court costs, fees and assessments; SECOND to fine(s); THIRD to restitution.

**IT IS FURTHER ORDERED AND ADJUDGED** that the payment of court costs, fees, assessments, fine(s) in the manner provided in this Order or by other Orders of the Court be made a special condition of parole or any other form of early release that may be granted to the Defendant.

**IT IS FURTHER ORDERED** that the Defendant shall not have any contact with the victims.

**IT IS FURTHER ORDERED** that the time served in pretrial detainment on this charge is credited against this sentence.

**SO ORDERED AND ADJUDGED THIS THE 7th DAY OF NOVEMBER, 2022.**

_____
CIRCUIT JUDGE

3