

The United States Police Canine Association, Inc.

# Certificate of Certification

PATROL DOG I

Meeting in seminar at ___ PETAL SCHOOL DISTRICT PD ___

on the ___ 13TH ___ day of ___ FEBRUARY ___ 20 ___ 21 ___ DOES HEREBY CERTIFY

that ___ TONY SHACK ___ and their Police Dog ___ VOODOO ___

HAVE BEEN TESTED UNDER THE STANDARDS, SET FORTH BY THE UNITED STATES POLICE CANINE
ASSOCIATION, INC. AND HAVE ACHIEVED THE DESIRED RATING OF EXCELLENCE THERIN.

_____ PRESIDENT

_____ CHIEF JUDGE

**EXHIBIT**

**6**

RC 047



The United States Police Canine Association, Inc.

# Certificate of Certification

NARCOTICS DETECTION

MEETING IN SEMINAR AT ___ PETAL SCHOOL DISTRICT PD ___

ON THE ___ 13TH ___ DAY OF ___ FEBRUARY ___ 20 ___ 21 ___ DOES HEREBY CERTIFY

THAT ___ TONY SHACK ___ AND THEIR POLICE DOG ___ VOODOO ___

HAVE BEEN TESTED UNDER THE STANDARDS, SET FORTH BY THE UNITED STATES POLICE CANINE
ASSOCIATION, INC. AND HAVE ACHIEVED THE DESIRED RATING OF EXCELLENCE THERIN.

_____ PRESIDENT

_____ CHIEF JUDGE

50 Years

RC 048



# Certificate of Certification

## The United States Police Canine Association, Inc.

Meeting in seminar at _Jones County Sheriff's Department, Mississippi_

on the _23rd_ day of _February_ 20 _18_ does hereby certify

that _Drew Payne_ _Voodoo_

_and their Police Dog_ and their Police Canine

have been tested under the standards, as set forth by the United States Police Canine

Association, Inc. and have achieved the desired rating of excellence therein.

**Narcotic Detector Dog Certified**

_Steven Smith_
_____ PRESIDENT

_Bubba Howell_
_____ CHIEF JUDGE



# Certificate of Certification

## The United States Police Canine Association, Inc.

**Patrol Dog 1 Certified**

Meeting in seminar at __Jones County Sheriff's Department, Mississippi__

on the __24-25__ day of __February__ 20 __18__ does hereby certify

that __Drew Payne__ __Voodoo__ and their Police Dog

have been tested under the standards, as set forth by the United States Police Canine

Association, Inc. and have achieved the desired rating of excellence therein.

_Steven Smith_
PRESIDENT

_Bubba Howell_
CHIEF JUDGE

RC 0900



The United States Police Canine Association, Inc.

*Certificate of Attendance*

Awarded to ___ Drew Payne ___

of the ___ Rankin County Sheriff's Department ___

For successfully completing the prescribed
courses offered during our Annual Seminar

held in ___ Jones County ___ Mississippi ___

on the ___ 23-25 ___ Days of ___ February ___, 2018

PRESIDENT

SECRETARY

# Training Log: Training 3/9/2021

Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 3/9/2021 | Duration | 1 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Start time: **13:00**    End time: **14:00**

⌖ Brandon, MS, USA

🌥 75° and Mostly Cloudy, with a 10 mph south breeze (171°) and 1% humidity

📄 we trained on walking commands and distance commands

### Result Notes

Voodoo did all walking commands properly, he did creep on distance commands especially on sit by hand. he does not do it once on tie out.

### Review History

06/14/2021: Supervisor Review Completed by Chris Picou
03/30/2021: Submitted for Supervisor Review by Tony Shack

# Training Log: Training 2/9/2021

Madison Police Department

| | | | |
|---|---|---|---|
| K9 Vodoo | Handler Tony Shack | Date 2/9/2021 | Duration 2 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards   Start time: **10:00**   End time: **11:00**

📍 Madison, MS 39110, USA

☂ 63° and Possible Light Rain, with a 10 mph south-southwest breeze (202°) and 1% humidity

Result Notes

Voodoo did all commands.  During healing his concentration sometimes gets broken. Distance commands he walks forward when given the sit by hand. Correction that was made he was tied where he could not walk forward and he did all commands.

## Exercise 2: Criminal Apprehension

Result: ⊖ Performed to Standards   Start time: **11:00**   End time: **12:00**

📍 Madison, MS 39110, USA

⛅ 64° and Partly Cloudy, with a 3 mph northeast breeze (51°) and 1% humidity

Result Notes

He did apprehend the decoy, but his outs were not immediate and needed the ecollar.

Review History

02/26/2021: Supervisor Review Completed by Chris Picou
02/25/2021: Submitted for Supervisor Review by Tony Shack

 dogteampro

# Training Log: Training 2/3/2021

Madison Police Department

| K9 Vodoo | Handler Tony Shack | Date 2/3/2021 | Duration 5 hrs | Completed |

## Exercise 1: Box Search
Result: ⊖ Performed to Standards    Start time: 11:00    End time: 12:00

📍 Petal, MS 39465, USA

☀️ 48° and Clear, with a 2 mph east-northeast breeze (60°) and 1% humidity

Result Notes

The result of this exercise is that Voodoo did locate the suspect in the box. However he did get distracted and leave the search are briefly.  I will work on directing him more to keep him in the search area

## Exercise 2: Criminal Apprehension
Result: ⊖ Performed to Standards    Start time: 13:00    End time: 14:00

📍 Petal, MS 39465, USA

🌙 41° and Clear, with a 3 mph south breeze (169°) and 1% humidity

Result Notes

The result of this exercise is Voodoo did apprehend the decoy. However after outing he did engage the leg. We will fix the problem by trying to not wear the decoy pants as he see an opportunity to engage again

## Exercise 3: Article Search
Result: ⊖ Performed to Standards    Start time: 16:00    End time: 17:00

📍 Petal, MS 39465, USA

☀️ 61° and Clear, with a 2 mph west-southwest breeze (251°) and 0% humidity

Result Notes

Voodoo did find the shotgun shell and screwdriver. I would like for him to lay more often when finding article.

## Exercise 4: Agility
Result: ⊖ Performed to Standards    Start time: 14:00    End time: 15:00

📍 Petal, MS 39465, USA

☀️ 60° and Clear, with a 2 mph south-southwest breeze (200°) and 0% humidity

Result Notes

Voodoo all obstacles. During the hurdles he did get caught up in dog odor in between hurdles.  I will work on correcting him when that happens

Review History

02/26/2021: Supervisor Review Completed by Chris Picou
02/24/2021: Submitted for Supervisor Review by Tony Shack

dogteampro

# Training Log: Training 1/26/2021
Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 1/26/2021 | Duration | 2 hrs | Completed |

## Exercise 1: Obedience
Result: ⊖ Performed to Standards    Start time: **10:00**    End time: **11:00**

⌖ Madison, MS 39110, USA

☀ 42° and Clear, with a 5 mph east-southeast breeze (116°) and 1% humidity

Result Notes

The result is Voodoo did heal, do walking commands and distant commands. I need to work on creeping with distance commands and losing concentration during healing

## Exercise 2: Recall
Result: ⊖ Performed to Standards    Start time: **11:00**    End time: **12:00**

⌖ Madison, MS 39110, USA

⛅ 63° and Partly Cloudy, with a 4 mph east-southeast breeze (113°) and 1% humidity

Result Notes

The result is Voodoo did recall with no issues, What I need to work on is his outs when he sent after a recall

Review History

02/08/2021: Supervisor Review Completed by Chris Picou
01/29/2021: Submitted for Supervisor Review by Tony Shack

# Training Log: Training 1/5/2021

Madison Police Department

K9  Vodoo        Handler  Tony Shack        Date  1/5/2021    Duration  2 hrs        Completed

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Start time: **10:00**    End time: **11:00**

📍 Madison, MS 39110, USA

☀ 46° and Clear, with a 7 mph north-northwest breeze (347°) and 1% humidity

📄 During this exercise we worked on healing , distance commands and walking commands

Result Notes

The result of the exercise is Voodoo did heal correctly but I had to show the Kong to him several times.  On distance commands he did creep some during commands. To correct that we had someone stand behind him with a lead to stop the creeping.

## Exercise 2: Criminal Apprehension

Result: ⊖ Performed to Standards    Start time: **11:00**    End time: **12:00**

📍 Madison, MS 39110, USA

☀ 50° and Clear, with a 6 mph north-northwest breeze (347°) and 1% humidity

📄 During this exercise we worked on apprehending and outs

Result Notes

The result of the exercise is that Voodoo did apprehend and out. During his outs he was told multiple times. We will continue to work on a quicker out by ecollar correction.

Review History

02/08/2021: Supervisor Review Completed by Chris Picou
01/19/2021: Submitted for Supervisor Review by Tony Shack

# Training Log: Training 12/17/2020

Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 12/17/2020 | Duration | 2 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Start time: 10:00    End time: 11:00

⌖ Madison, MS 39110, USA

📄 During this exercise we did obedience. Healing and commands

Result Notes

The result of this exercise is Voodoo took a little time to concentrate without being distracted

## Exercise 2: Criminal Apprehension

Result: ⊖ Performed to Standards    Start time: 11:00    End time: 12:00

⌖ Madison, Ms

📄 During this exercise we concentrated on apprehension

Result Notes

The result of this exercise was that Voodoo did apprehend and have a full bite. He did out after the third command which I need to work on.

Review History

03/01/2021: Supervisor Review Completed by Chris Picou
12/31/2020: Submitted for Supervisor Review by Tony Shack

# Training Log: Training 12/15/2020

Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 12/15/2020 | Duration | 2 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Start time: 09:00    End time: 10:00

📍 Madison, MS 39110, USA

⛅ 35° and Mostly Cloudy, with a 4 mph east breeze (93°) and 1% humidity

📄 During this exercise we worked on healing, distant commands and walking control

Result Notes

The results of this exercise was that Voodoo did heal well. We need to work on his focus during healing more. Walking control I had no problems with. Distant commands he is creeping during the sit by hand command.

## Exercise 2: Recall

Result: ⊖ Performed to Standards    Start time: 10:00    End time: 11:00

📍 Madison, MS 39110, USA

⛅ 37° and Mostly Cloudy, with a 4 mph east-southeast breeze (103°) and 1% humidity

📄 During this exercise we worked on recalls

Result Notes

The result of this exercise is that Voodoo did properly recall

## Exercise 3: Criminal Apprehension

Result: ⊖ Performed to Standards    Start time: 11:00    End time: 12:00

📍 Madison, MS 39110, USA

⛅ 40° and Mostly Cloudy, with a 5 mph east-southeast breeze (112°) and 1% humidity

📄 During this exercise we worked on apprehension and outs

Result Notes

The result of this exercise is that Voodoo did apprehend with a full bite. His outs were slow but can be corrected with repetition

Review History

12/21/2020: Supervisor Review Completed by Chris Picou
12/16/2020: Submitted for Supervisor Review by Tony Shack

# Training Log: Training 11/19/2020

Madison Police Department

| K9 Vodoo | Handler Tony Shack | Date 11/19/2020 | Duration 2 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Start time: **15:00**    End time: **16:00**

⌖ Brandon, MS, USA

☂ 57° and Rain, with a 4 mph northwest breeze (326°) and 1% humidity

📄 During this exercise we worked on healing, walking commands and distance commands

Result Notes

The result of the exercise is that Voodoo has gotten better at healing as I have made the reward more presentable.

## Exercise 2: Criminal Apprehension

Result: ⊖ Performed to Standards    Start time: **16:00**    End time: **17:00**

⌖ Brandon, MS, USA

☀ 69° and Clear, with a 8 mph southeast breeze (136°) and 0% humidity

📄 During this exercise we worked on apprehension while suspect was running and verbal outs

Result Notes

The result of this exercise is that Voodoo do correctly out and apprehend. Things to be worked on is his engaging again after outing

Review History

12/21/2020: Supervisor Review Completed by Chris Picou
11/29/2020: Submitted for Supervisor Review by Tony Shack

# Training Log: Training 11/17/2020

Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 11/17/2020 | Duration | 1 hrs | Completed |

## Exercise 1: Criminal Apprehension

Result: ⊖ Performed to Standards    Start time: 16:00    End time: 17:00

📍 Brandon, MS, USA

☂ 65° and Rain, with a 5 mph east-southeast breeze (104°) and 1% humidity

📄 During this exercise we worked on criminal apprehension with someone running, pat downs and outs

#### Result Notes

The result of this exercise is that Voodoo did apprehend the suspect as well as verbally out.

#### Review History

12/21/2020: Supervisor Review Completed by Chris Picou
11/27/2020: Submitted for Supervisor Review by Tony Shack

# Training Log: Training 11/17/2020

Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 11/17/2020 | Duration | 1 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Start time: **15:00**    End time: **16:00**

⊙ Brandon, MS, USA

☂ 67° and Rain, with a 4 mph west breeze (265°) and 1% humidity

▤ During this exercise we worked on healing, walking commands and distant commands

### Result Notes

The result of this exercise is that we need to work on concentration. Voodoo would sniff the ground and look around occassionally. I will work on this by making the reward more presentable.

### Review History

12/21/2020: Supervisor Review Completed by Chris Picou
11/27/2020: Submitted for Supervisor Review by Tony Shack

# Training Log: Obedience

Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 10/12/2020 | Duration | 1 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Start time: **17:00**    End time: **18:00**

◎ Brandon, MS, USA

⛅ 67° and Partly Cloudy, with a 3 mph south-southwest breeze (206°) and 1% humidity

📄 During this exercise we worked on healing,sitting and laying with hand commands.

### Result Notes

During this exercise Voodoo did heal, he however was not concentrating at times and looking off and smelling the ground. Hand command Voodoo did follow correctly with no issues other than a little creeping. These are things that will be worked on during each session.

### Review History

10/27/2020: Supervisor Review Completed by Chris Picou
10/25/2020: Submitted for Supervisor Review by Tony Shack

# Training Log: Training 9/10/2020

| K9 | Vodoo | Handler | Tony Shack | Date | 9/10/2020 | Duration | 1 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Start time: **14:00**    End time: **15:00**

📍 Brandon, MS, USA

☀ 90° and Clear, with a 7 mph north-northeast breeze (12°) and 0% humidity

📄 During this training session , I did obedience such as healing, sitting, laying, standing and hand signals

### Result Notes

The result of this exercise was that we need to work on crowding and forging while healing.

### Review History

09/21/2020: Supervisor Review Completed by Chris Picou
09/20/2020: Submitted for Supervisor Review by Tony Shack
09/16/2020: Submitted for Supervisor Review by Tony Shack

dogteampro

RC 0999

During this exercise we did several different types of obedience exercise. Voodoo was a little unfocused during these exercises. Things that need to be worked on is training more on obedience and gaining more focus. We also need to work on crowding as well as forging.

Result Notes

see exercise notes.

## Exercise 5: Criminal Apprehension

Brandon, MS, USA

85° and Humid, with a 6 mph southwest breeze (235°) and 1% humidity

During this exercise we did bail outs. Voodoo did successfully apprehend the suspect. On his outs he did rebite the leg but quickly let go and came back. I then patted the suspect down and sent Voodoo for another apprehension.

Result Notes

see exercise notes

Review History

08/22/2020: Created by Tony Shack

dogteampro

# Training Log: Training 4/17/2020

Madison Police Department

During this session we worked on outs.

| K9 | Vodoo | Handler | Tony Shack | Date | 4/17/2020 | Duration | 1 hrs | Completed |

## Exercise 1: Verbal Out

◎ Brandon, MS, USA

☁ 65° and Mostly Cloudy, with a 4 mph southwest breeze (218°) and 1% humidity

📄 During this exercise we worked on verbal outs three times.

Result Notes

The result of this exercise was Voodoo did successfully out three times.

Review History

04/19/2020: Created by Tony Shack

# Training Log: Training 3/25/2020

Madison Police Department

During this training session we did drug search with three finds and vehicle extractions with the suspect on the passenger side of the vehicle.

| K9 | Voodoo | Handler | Tony Shack | Date | 3/25/2020 | Duration | 3 hrs | Completed |

## Exercise 1: Narcotics

Result: ⊖ Performed not to Standards   Start time: 13:30

◷ Madison, MS, USA

☾ 61° and Clear, with a 2 mph east breeze (96°) and 1% humidity

📄 During this exercise Voodoo did time bracket for two minutes, he then did find the three finds. However on the meth Voodoo walked by it multiple times before alerting. Possibly it being in a location he was uncomfortable with alerting that still has to be corrected and will be a focus ob working on.

| Result | item | Amount | Description | Set time & date | Notes |
|--------|------|--------|-------------|-----------------|-------|
| ⊘ Miss | Meth | 1 lb | | 13:00  3/25/20 | |

Result Notes

On the meth Voodoo walked it multiple times before alerting. Possibly it being in a location he was uncomfortable in. However it needs to be a focus on training to make sure it is corrected.

## Exercise 2: Narcotics

Result: ⊖ Alert   Start time: 13:30

◷ Madison, MS, USA

☾ 61° and Clear, with a 2 mph east breeze (96°) and 1% humidity

📄 During this find Voodoo did alert on the marijuana in a trailer.

| Result | item | Amount | Description | Set time & date | Notes |
|--------|------|--------|-------------|-----------------|-------|
| ⊘ Miss | Marijuana | 30 g | | | |

Result Notes

Voodoo did successfully alert on the marijuana without issues. He did come to a complete final response.

## Exercise 3: Narcotics

Result: ⊖ Alert   Start time: 14:00

◷ Madison, MS, USA

☾ 61° and Clear, with a 2 mph east breeze (96°) and 1% humidity

📄 During this exercise Voodoo did alert on the cocaine hidden in the front of a trailer.

| Result | item | Amount | Description | Set time & date | Notes |
|--------|------|--------|-------------|-----------------|-------|
| ⊘ Miss | Cocaine | 30 g | | 13:30  3/25/20 | |

Result Notes

During this exercise the result was that Voodoo did find the cocaine. Final response needs to be worked on during every session.

## Exercise 4: Criminal Apprehension

◷ Madison, MS, USA

☾ 61° and Clear, with a 2 mph east breeze (96°) and 1% humidity

📄 During this exercise there was a suspect in the passenger side of the vehicle. The drivers window was down where Voodoo

dogteampro

RC 1010

could go through to apprehend

Result Notes

The exercise result was that Voodoo did go through the drivers window to apprehend the suspect. This exercise was done twice, the first time Voodoo came out of my vehicle he began running around trying to locate a suspect running. After calling him back and getting his attention on the vehicle he then went through the drivers window to apprehend the suspect.

Review History

03/29/2020: Created by Tony Shack



# Training Log: Training 2/11/2020

Madison Police Department

During this training session we trained on obedience, verbal outs, recalls and apprehension.

K9 Vodoo    Handler Tony Shack    Date 2/11/2020    Duration 2 hrs    `Completed`

## Exercise 1: Obedience

 Pearl, MS, USA

 50° and Overcast, with a 6 mph northeast breeze (46°) and 1% humidity

During this exercise we did box style obedience with different variations of speeds as well as turns. Also during this exercise we trained on distance commands verbal and hand signals.

Result Notes

During the healing process of the exercise Voodoo stayed by my side he does however look around at everything instead of up at me. During verbal and hand signal obedience he does well. He does creep at times which is common for him.

## Exercise 2: Recall

 Pearl, MS, USA

 50° and Overcast, with a 6 mph northeast breeze (46°) and 1% humidity

During this exercise we trained on recalling while Voodoo was going to apprehend someone.

Result Notes

The result of the exercise was Voodoo did not recall the first time but after correction he recalled as trained.

## Exercise 3: Verbal Out

 Pearl, MS, USA

 50° and Overcast, with a 6 mph northeast breeze (46°) and 1% humidity

During this exercise we worked on verbal outs trying to clean them up.

Result Notes

The result of the exercise was that Voodoo did out properly. I would like to work on getting him to out in a more timely manner.

Review History

02/13/2020: Created by Tony Shack

RC 1015

# Training Log: Training 2/3/2020

Madison Police Department

During this session we did an open field track

K9  Vodoo         Handler  Tony Shack         Date  2/3/2020      Duration  2 hrs        Completed

## Exercise 1: Track

Result: ⊖ Track Successful    Surface types: Grass

⊙ Pearl, MS, USA

☁ 62° and Partly Cloudy, with a 11 mph south breeze (182°) and 1% humidity

▭ During this exercise the track was 635 yards. Voodoo got off track one time slightly but picked the scent back up. He was able to track all the way to the suspect where he engaged and apprehended.

### Result Notes

Te end result was Voodoo successfully completed the track. Things I need to work on is looking closer at his negatives when not on the scent.

### Review History

02/04/2020: Created by Tony Shack



# Training Log: Outs and recalls

Madison Police Department

During this session we trained on outs and recalls. Voodoo did recall correctly. During pat downs he he did stay in a lay. I need to work on making his outs cleaner. He is outing but needs to be quicker.

| K9 | Vodoo | Handler | Tony Shack | Date | 1/30/2020 | Duration | 2 hrs | | Completed |

## Exercise 1: Recall

⌖ Brandon, MS, USA

☁ 46° and Partly Cloudy, with a 5 mph northeast breeze (34°) and 1% humidity

📄 Voodoo did recall correctly with no issues.

Result Notes

Voodoo did recall correctly.

## Exercise 2: Verbal Out

⌖ Brandon, MS, USA

☁ 46° and Partly Cloudy, with a 5 mph northeast breeze (34°) and 1% humidity

📄 During this exercise Voodoo did out. I need to work on making his outs cleaner which shouldn't be an issue.

Result Notes

Voodoo did out correctly. I am going to work on making them cleaner.

Review History

02/03/2020: Created by Tony Shack

dogteampro

# Training Log: Training 1/28/2020

Madison Police Department

During this session we did outs and recalls

K9  Vodoo          Handler  Tony Shack          Date  1/28/2020    Duration  2 hrs          Completed

## Exercise 1: Recall

 Brandon, MS, USA
52° and Mostly Cloudy, with a 4 mph east-southeast breeze (106°) and 1% humidity
During this exercise we did recalls. Voodoo successfully recalled after one correction.

Result Notes

Voddoo did a successful recall after one correction.

## Exercise 2: Verbal Out

 Brandon, MS, USA
 52° and Mostly Cloudy, with a 4 mph east-southeast breeze (106°) and 1% humidity
 During this exercise Voodoo did successfully out on command. He does need to clean up on the outs to do it more quickly

Result Notes

Voodoo did successfully out on command. He did have to have a correction but afterwards there were no issues.

Review History

01/29/2020: Created by Tony Shack

# Training Log: Training 1/27/2020

Madison Police Department

During this session we did tracking

| K9 | Vodoo | Handler | Tony Shack | Date | 1/27/2020 | Duration | 2 hrs | Completed |

## Exercise 1: Track

Result: ⊖ Performed to Standards    Surface types: Grass

⌖ Pearl, MS, USA

☾ 42° and Clear, with a 1 mph south-southeast breeze (166°) and 1% humidity

▤ During this exercise a track was set through grass and and two hard surfaces. Voodoo stayed on the track but passed the turn going in the direction of which a prior track had been laid. He was unsuccessful during this exercise. Contributing factor was also gunshots in the background in which he did work through with no problems. Thing to work on is getting him to out quicker and also work on more open tracks versus wooded.

### Result Notes

During this exercise, Voodoo successfully picked up the odor and stayed on the track. He passed the turn on the track and continued tracking straight into the woods where a prior track was laid. I came back out of the woods and recasted him in which he picked up odor and found the suspect.

### Review History

01/29/2020: Shared with Chris Picou by Tony Shack
01/29/2020: Shared with Chris Picou by Tony Shack
01/29/2020: Created by Tony Shack

# Training Log: Training 10/16/2019

Madison Police Department

This was a session based on obedience, narcotics and bite work

| K9 | Vodoo | Handler | Tony Shack | Date | 10/16/2019 | Duration | 3 hrs | Completed |

## Exercise 1: Obedience

◉ Brandon, Mississippi, United States
☾ 50° and Clear, with a 0 mph north-northeast breeze (13°) and 1% humidity
📄 during this exercise the concentration was getting Voodoo to pay more attention during heeling

Result Notes

End result was that it was found out that different toy placement help attention better.

## Exercise 2: Narcotics

Result: ⊖ Alert    Start time: 10:00

◉ Brandon, Mississippi, United States
☾ 50° and Clear, with a 0 mph north-northeast breeze (13°) and 1% humidity
📄 during this exercise narcotics was hidden in boxes

| Result | item | Amount | Description | Set time & date | Notes |
|--------|------|--------|-------------|-----------------|-------|
| ⊘ Miss | Cocaine | 10 g | | | |

Result Notes

End result Voodoo passed by the box containing the narcotics the first time but after presenting better he alerted.

## Exercise 3: Recall

◉ Brandon, Mississippi, United States
☾ 50° and Clear, with a 0 mph north-northeast breeze (13°) and 1% humidity
📄 During this exercise we were wanting to recall Voodoo after a bite

Result Notes

Voodoo was successful at recalling after a bite. He was slow to do so the first time but after correction there was no further issues.

Review History

10/30/2019: Created by Tony Shack

# Training Log: Training 10/11/2019

Madison Police Department

Tracking and obedience

K9 Vodoo        Handler Tony Shack        Date 10/8/2019    Duration 2 hrs        Completed

## Exercise 1: Track

Result: ⊖ Track Successful    Surface types: Woods

⌖ Pearl, Mississippi, United States

☾ 66° and Clear, with a 0 mph north-northeast breeze (20°) and 1% humidity

📄 track laid in high grass then into the woods.

Result Notes

During this exercise and track was laid with someone at the end. Voodoo picked up scent immediately. When entering the woods he briefly lost odor but regained it and successfully found someone and got a bite. I need to work on reading Voodoo better in certain circumstances on tracking.

## Exercise 2: Obedience

⌖ Pearl, Mississippi, United States

☾ 66° and Clear, with a 0 mph north-northeast breeze (20°) and 1% humidity

📄 worked on agility course and other obedience

Result Notes

During this exercise Voodoo performed all obstacles successfully. What needs work is his finishes. I will fix that by repetition and paying Voodoo sooner.

Review History

10/11/2019: Created by Tony Shack

dogteampro

# Training Log: Training 10/6/2019

Madison Police Department

Track laid in mi to high grass, then into the woods with a bite at the end.

| K9 | Vodoo | Handler | Tony Shack | Date | 10/2/2019 | Duration | 1 hrs 30 min | Completed |

## Exercise 1: Track

Result: ⊖ Track Successful    Surface types: Grass

📍 Pearl, Mississippi, United States

🌙 79° and Clear, with a 0 mph southeast breeze (146°) and 1% humidity

📄 Controlled track laid through mi to high grass then into the woods with a bite at the end.

#### Result Notes

During this exercise a track was laid. Voodoo tracked good. I did misread him at one part of the track. We then picked it back up and was successful with a bite. In order to improve I will train more on tracks to learn to read him better.

#### Review History

10/06/2019: Created by Tony Shack

---

# Training Log: Training 9/21/2019

Agility, Obedience, Verbal Out, Bite work

Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 9/20/2019 | Duration | 3 hrs | Completed |

## Exercise 1: Agility

📍 Brandon, Mississippi, United States
🌙 70° and Clear, with a 0 mph northeast breeze (48°) and 1% humidity
📄 During this exercise we practiced on all obstacles of the agility course.

Result Notes

The result of this exercise was that on the hurdles Voodoo would jump all hurdle but go around the cyclone fence at the end. When I start him from the cyclone fence he completes all hurdles. The six foot jump he had prior had issues with wanting to step in between the boards instead of jumping them. During the last two sessions the boards were pushed together in which he jumped them. On this exercise day he jumped all at standard distance.

## Exercise 2: Obedience

📍 Brandon, Mississippi, United States
🌙 70° and Clear, with a 0 mph northeast breeze (48°) and 1% humidity
📄 During this exercise obedience was done in order to get Voodoos mind right before doing bite work

Result Notes

When first beginning the exercise Voodoo did not have good concentration due to the decoy standing nearby. To correct this problem I walked further away from the decoy at that time concentration was gained and the exercise could continue.

## Exercise 3: Criminal Apprehension

📍 Brandon, Mississippi, United States
🌙 70° and Clear, with a 0 mph northeast breeze (48°) and 1% humidity
📄 During this exercise we worked on bite work for full bites

Result Notes

Voodoo had a good full bite. When pulling back he would still have a firm bite but not as full. That problem was corrected during this exercise.

## Exercise 4: Verbal Out

📍 Brandon, Mississippi, United States
🌙 70° and Clear, with a 0 mph northeast breeze (48°) and 1% humidity
📄 During this exercise several different verbal outs were performed.

Result Notes

The result of this exercise is that Voodoo did out correctly. The area that could use work is a faster out. To correct this issue I will do corrections faster in order to make this  better.

dogteampro

# Training Log: Training 9/18/2019
obedience and agility

Madison Police Department

K9  Vodoo       Handler  Tony Shack       Date  9/17/2019   Duration  1 hrs       Completed

## Exercise 1: Agility

 Pearl, Mississippi, United States
80° and Partly Cloudy, with a 0 mph northwest breeze (325°) and 1% humidity

Result Notes

On the agility course Voodoo completed all hurdles. He was successful at the catwalk. Voodoo tends to want to step in between the boards on the six foot jump. When pushed together he will jump them. To help with this problem I am rewarding him when he jumps them pushed together to have a positive. I am also moving the boards further apart a little at a time. Wall climb and low crawl were done successful with a complete finish.

## Exercise 2: Obedience

 Pearl, Mississippi, United States
80° and Partly Cloudy, with a 0 mph northwest breeze (325°) and 1% humidity

Review History

09/18/2019: Created by Tony Shack

# Training Log: Training 9/18/2019

Agility course

| K9 | Vodoo | Handler | Tony Shack | Date | 9/16/2019 | Duration | 45 min | Completed |

## Exercise 1: Agility

⊙ Marquette Road, Brandon, Mississippi 39042, United States

🌙 75° and Clear, with a 0 mph south breeze (171°) and 1% humidity

Result Notes

Voodoo was successful at doing the course. Problem with the 6 foot jump.

Review History

09/18/2019: Created by Tony Shack

dogteampro

# Training Log: tracking

| K9 | Vodoo | Handler | Tony Shack | Date | 8/29/2019 | Duration | 30 min | Completed |

## Exercise 1: Track

Result: ⊖ Performed to Standards     Surface types: **Grass**

⦿ Brandon, Mississippi, United States

☾ 69° and Clear, with a 3 mph south-southwest breeze (207°) and 1% humidity

#### Result Notes

Laid a controlled track around 150 yards. Voodoo was successful in completing a track with a reward at the end.

#### Review History

08/29/2019: Created by Tony Shack

dogteam**pro**

# Training Log: K9 training

Worked on a tie out as well as verbal outs

Madison Police Department

| K9 | Vodoo | Handler | Tony Shack | Date | 8/24/2019 | Duration | 1 hrs | Completed |

## Exercise 1: Verbal Out

◎ Brandon, Mississippi, United States

☁ 76° and Mostly Cloudy, with a 1 mph southwest breeze (224°) and 1% humidity

📄 Worked on verbal outs from a sleeve

Result Notes

Voodoo did out successfully an multiple attempts.

Review History

08/27/2019: Created by Tony Shack

# Training Log: Obed and Agility

| K9 | Vodoo | Handler | Drew Payne | Date | 6/6/2019 | Duration | 30 min | Completed |

## Exercise 1: Agility

Result: ⊖ Performed to Standards    Surface types: **Grass**

📍 651 Marquette Road, Brandon, Mississippi 39042, United States

🌙 75° and Humid, with a 6 mph southwest breeze (217°) and 1% humidity

Result Notes

Performed the USPCA Agility Course. Reward given after completion of all exercises.

## Exercise 2: Obedience

Result: ⊖ Performed to Standards    Surface types: **Grass**

📍 651 Marquette Road, Brandon, Mississippi 39042, United States

🌙 75° and Humid, with a 6 mph southwest breeze (217°) and 1% humidity

Result Notes

Performed the USPCA walking and distance control.

Review History

06/06/2019: Created by Drew Payne

dogteampro

# Exercise 4: Criminal Apprehension

Result: ⊖ Performed to Standards   Surface types: **Grass, Asphalt**

⌖ East Metro Parkway, Brandon, Mississippi 39042, United States

🌙 77° and Clear, with a 5 mph south-southeast breeze (150°) and 1% humidity

Result Notes

A traffic stop was made on a vehicle. The driver was ordered to exit the vehicle and would not comply. I gave 2 loud and clear K9 warnings and then driver ran from the vehicle. Voodoo apprehended the driver and completed a verbal out.

Review History

05/23/2019: Created by Drew Payne



# Training Log

Madison Police Department

Completed the USPCA Walking and distance control course and the USPCA Agility Course.

| K9 | Vodoo | Handler | Drew Payne | Date | 4/30/2019 | Duration | 1 hrs | Completed |

## Exercise 1: Obedience

Result: ⊖ Performed to Standards    Surface types: Grass

📍 651 Marquette Road, Brandon, Mississippi 39042, United States
☁️ 73° and Mostly Cloudy, with a 9 mph south-southeast breeze (163°) and 1% humidity

## Exercise 2: Agility

Result: ⊖ Performed to Standards    Surface types: Grass

📍 651 Marquette Road, Brandon, Mississippi 39042, United States
☁️ 73° and Mostly Cloudy, with a 9 mph south-southeast breeze (163°) and 1% humidity

Review History

04/30/2019: Created by Drew Payne

# Training Log

Madison Police Department

| | | | | |
|---|---|---|---|---|
| K9 Vodoo | Handler Drew Payne | Date 4/29/2019 | Duration 9 hrs 30 min | Completed |

## Exercise 1: Track

Result: ⊖ Track Successful   Surface types: Grass, Woods

⊙ Brandon, Mississippi, United States
🌙 71° and Clear, with a 6 mph south breeze (176°) and 1% humidity

Result Notes

Voodoo was deployed on a half mile long track at the East Brandon exit ramp on I-20. Track set time was roughly 15 minutes. Voodoo located the decoy. Command was given for decoy to surrender or be apprehended by Voodoo. Decoy did not comply and Voodoo engaged the decoy. A verbal out was then completed. End of tracking exercise.

## Exercise 2: Criminal Apprehension

Result: ⊖ Performed to Standards   Surface types: Grass, Woods

⊙ Brandon, Mississippi, United States
🌙 71° and Clear, with a 6 mph south breeze (176°) and 1% humidity

Result Notes

See Tracking Exercise for Notes

## Exercise 3: Verbal Out

Result: ⊖ Performed to Standards   Surface types: Grass, Woods

⊙ Brandon, Mississippi, United States
🌙 71° and Clear, with a 6 mph south breeze (176°) and 1% humidity

Result Notes

See Tracking Exercise for notes.

## Exercise 4: Narcotics

Result: ⊖ Alert   Start time: 15:43   Surface types: Indoors

⊙ Brandon, Mississippi, United States
🌙 71° and Clear, with a 6 mph south breeze (176°) and 1% humidity

| Result | item | Amount | Description | Set time & date | Notes |
|---|---|---|---|---|---|
| ⊘ Miss | Cocaine | 5 g | | 15:15 4/29/19 | |

Result Notes

Voodoo entered the residence and began his search in the pantry and worked into the kitchen. No interest was shown in either room. We then checked 2 more rooms also with no interest shown. Upon entering the 4th room, Voodoo was working the exterior portion of the room and came to a box against a wall. He stopped and sniffed the box and gave alert. I was informed he was correct and reward was given. Voodoo then finished searching the room with no other alerts.

## Exercise 5: Narcotics

Result: ⊖ Alert   Start time: 15:46   Surface types: Indoors

⊙ Brandon, Mississippi, United States

Printed 6/5/2025

dogteampro

# Training Log

| K9 | Vodoo | Handler | Drew Payne | Date | 4/1/2019 | Duration | 25 min | Completed |

## Exercise 1: Agility

Result: ⊖ Performed to Standards    Surface types: **Grass**

📍 651 Marquette Road, Brandon, Mississippi 39042, United States
☁ 50° and Mostly Cloudy, with a 5 mph north-northwest breeze (348°) and 1% humidity

Result Notes

Completed the USPCA agility course. Reward given at the end of course.

## Exercise 2: Obedience

Result: ⊖ Performed to Standards    Surface types: **Grass**

📍 651 Marquette Road, Brandon, Mississippi 39042, United States
☁ 50° and Mostly Cloudy, with a 5 mph north-northwest breeze (348°) and 1% humidity

Result Notes

Completed the USPCA walking and distance control exercises. Reward given at the end of exercise.

Review History

04/01/2019: Created by Drew Payne

 dogteampro

# Training Log

K9  Vodoo    Handler  Drew Payne    Date  2/4/2019    Duration  28 min    Completed

## Exercise 1: Agility

Result: ⊖ Performed to Standards    Surface types: **Grass, Dirt**

 651 Marquette Road, Brandon, Mississippi 39042, United States

62° and Overcast, with a 7 mph south-southeast breeze (163°) and 1% humidity

Result Notes

Voodoo completed the USPCA agility course and performed to standards. Reward was given after completion of entire exercise.

## Exercise 2: Obedience

Result: ⊖ Performed to Standards    Surface types: **Grass**

 5000 Estate Enighed, Independence, KS 67301, USA

 33° and Overcast, with a 12 mph northeast breeze (36°) and 1% humidity

Result Notes

Voodoo completed the USPCA walking control and distance control exercises. Reward was given after completion of exercises.

Review History

02/04/2019: Created by Drew Payne

dogteam**pro**

RC 1045