```
Nurse's Notes
 Merit Health Rankin
 Emergency Services
Name: Adams, Bobby
Age: 38 yrs
Sex: Male
DOB: 07/21/1982
MRN: 0000347002
Arrival Date: 05/01/2021
Time: 23:40
Account#: 5538728
Bed ER O2
Private MD:
Presentation:
05/01
23:40  Presenting complaint: EMS states: Pt ran from police after trying    bs1
       to be detained for selling narcotics. Pt was bit on both legs by a
       K-9 when fleeing. Pt also has an obvious deformity to left foot. Pt
       is alert and oriented x 4. Pt is diaphoretic and crying. VS stable.
       18g to LAC placed by EMS with a NS bolus infusing. Afebrile.
       Transition of care: patient was not received from another setting
       of care.
05/01
23:40  Method Of Arrival: EMS: Pafford                                       bs1
05/01
23:40  Acuity: ESI Level 3                                                   bs1

Triage Assessment:
05/01
23:46  General: Appears slender, well groomed, Behavior is anxious,          bs1
       cooperative, crying- consolable. Pain: Complains of pain in right
       leg and left leg Quality of pain is described as shooting,
       stabbing, Pain began 30 min ago. Neuro: Level of Consciousness is
       awake, obeys commands, Oriented to person, place. Cardiovascular:
       No gross abnormalities. Respiratory: Airway is patent Trachea
       midline Respiratory effort is even, unlabored, Respiratory pattern
       is regular, symmetrical. GI: Denies nausea, pain, vomiting. Derm:
       Musculoskeletal: Circulation, motion, and sensation intact
       Capillary refill < 3 seconds in bilateral toes Bony deformity noted
       of left foot. Injury Description: Bite sustained to right leg and
       left leg caused by a dog, is full thickness, was sustained 30-60
       minutes ago.

Historical:
- Allergies: No known drug Allergies;
- Home Meds:
  1. None
- PMHx: None;
- PSHx: None;
- Immunization history: Last tetanus immunization: up to date,
  Pneumococcal vaccine is not up to date, Patient has never been
  vaccinated, Flu vaccine is not up to date, It has been more than
  one year since last vaccine..
- History obtained from: patient. EMS.
- Family history: Not pertinent.
- Social history: : Smoking Status: Patient uses tobacco products,
  smokes 1/2 pack of cigarettes per day. No barriers to
  communication noted. The patient speaks fluent English.
- Social history: Smoking Status: Patient uses tobacco products.
```



Screening:
05/01
23:49 Tuberculosis screening: Never had TB. Recent Travel History: No     bs1
      recent travel within the last 14 days. Exposure/Syndromic None
      identified. Sepsis Protocol: Suspicion of infection Suspect
      Infection - No. Fall Risk Assessment: History of Fall in Last 3
      Months, including since Admission = No (0 Points); Mobility Assist
      Device Used = No (0 Points); Impaired Gait = Unable to Assess (6
      Points/automatic high risk); Disorientation = Yes (5 Points);
      Intoxicated or Sedated = Yes (3 Points); Altered Elimination = No
      (0 Points); Fall Risk Score = 11. Abuse assessment: No assessment
      findings of abuse, such as: unexplained injuries or bruising,
      suspicious burns, signs of withdrawal, depression, or fear of
      others. Assessment for neglect: No signs or indications of neglect
      noted, such as: exploitation, malnutrition, or poor hygiene.
      Smoking history: Pt currently smokes. Columbia Suicide Risk
      Assessment: 1.) Have you wished you were dead or wished you could
      go to sleep and never wake up? Patient response is "No" (low risk).
      2.) Have you actually had any thoughts of killing yourself? Patient
      answer was "No". 6. Have you ever done anything, started to do
      anything, or prepared to do anything to your life? Patient's
      response was "No". Highest Assessed Suicide Risk Level: Low suicide
      risk. . No interventional action required at this time for assessed
      low suicide risk. Pneumonia Screening: Total Score: 0 Pts., no
      action required at this time.

Assessment:
05/01
23:53 Nursing diagnosis: Alteration in comfort: actual. Present on       cad
      Arrival: Central Line: NO. Foley Catheter: NO. Wound/Pressure
      Ulcer: YES. Neuro: No gross abnormalities. Cardiovascular: No gross
      abnormalities. Respiratory: No gross abnormalities.
      Musculoskeletal: Circulation, motion, and sensation intact
      Capillary refill < 3 seconds Range of motion limited in right leg
      Bony deformity noted of right leg Reports pain in right leg.
05/02
01:14 Injury Description: Bite sustained to right leg and left leg caused cad
      by a dog, is full thickness, was sustained 1-2 hours ago.

Vital Signs:
05/01
23:48 BP 100 / 68; Pulse 99; Resp 22; Temp 98.0; Pulse Ox 96% on R/A;     bs1
      Weight 79.38 kg; Height 5 ft. 9 in. (175.26 cm);
05/01
23:48 Body Mass Index 25.84 (79.38 kg, 175.26 cm)                        bs1

Glasgow Coma Score:
05/01
23:46 Eye Response: spontaneous(4). Verbal Response: confused(4). Motor   bs1
      Response: obeys commands(6). Total: 14.

ED Course:
05/01
23:40 Patient arrived in ED.                                             bs1
05/01
23:42 Bredemeier, Gregory is Attending Physician.                        gb1
05/01
23:45 Triage completed.                                                  bs1
05/01

