


```
             IN THE UNITED STATES DISTRICT COURT FOR

               THE SOUTHERN DISTRICT OF MISSISSIPPI

                         NORTHERN DIVISION



    MICHAEL COREY JENKINS, et al.,

           Plaintiffs,

    vs.                Civil Action No. 3:23-cv-374-DPJ-ASH

    RANKIN COUNTY, MISSISSIPPI, et al.,

           Defendants.




                                                  DEPOSITION OF

                                                CHRISTIAN DEDMON


                                                       TAKEN ON
                                         FRIDAY, JANUARY 24, 2025
                                                       9:13 A.M.


                                                    FCI FAIRTON
                                       655 FAIRTON-MILLVILLE ROAD
                                         FAIRTON, NEW JERSEY 08320
```



EXHIBIT 1



CHRISTIAN DEDMON                January 24, 2025                            36
81690

```
 1      Q.   All right.  But at the City of Pearl, did
 2   you receive any further instruction on police
 3   brutality or excessive force?
 4      A.   No, sir.
 5      Q.   All right.  And at the Rankin County
 6   Sheriff's Department, did you receive any further
 7   training or instruction regarding police brutality
 8   or the use of excessive force?
 9      A.   No.
10      Q.   Was there ever any emphasis within the
11   Rankin County Sheriff's Department about the
12   avoidance of excessive force or brutality?
13      A.   I'd just like to have -- speak to Mr.
14   Mullins.
15      Q.   Okay.  Where did the name "Goon Squad"
16   come from?
17      A.   Sir, I did not learn that that existed
18   until I was in jail.
19      Q.   You didn't learn that the Goon Squad
20   existed until you were in jail?
21      A.   Yes, sir.  I -- my attorney at that time,
22   I've seen a picture of a coin, and I -- obviously, I
23   don't -- I can't get online these days, but I've
24   heard of -- of messages.  But I would say within
25   those messages, Christian Dedmon was never in any of
```

1  them, and I did not know that there was a name "Goon
2  Squad."
3      Q.   So you said you seen pictures of a coin?
4  I infer that to mean that you never possessed a Goon
5  Squad Challenge coin?
6      A.   No, sir.
7      Q.   All right.  Did you know that that Goon
8  Squad Challenge coin existed --
9      A.   I did not.
10     Q.   -- before you were arrested?
11     A.   I did not.
12     Q.   Over the course of your criminal
13 proceeding, several facts came to light.  And I
14 believe that you admitted to those facts being true
15 at the point in time where you entered your guilty
16 plea, not at your sentencing.  And some of those
17 facts had to do with what led up to and what
18 happened at 135 Conerly Road in Braxton,
19 Mississippi, on the night of January 24, 2023.
20 You're familiar with what I'm talking about?
21     A.   Yes.
22     Q.   All right.  One of the facts that you
23 admitted to was that you sent out a text over an app
24 that I believe is WhatsApp, and asked to a number of
25 people, "Are y'all available for a mission?"  Is

```
 1                        CERTIFICATE

 2

 3           I, Mae Knight, do hereby certify that I

 4   reported all proceedings adduced in the foregoing

 5   matter and that the foregoing transcript pages

 6   constitutes a full, true and accurate record of said

 7   proceedings to the best of my ability.

 8

 9           I further certify that I am neither

10   related to counsel or any party to the proceedings

11   nor have any interest in the outcome of the

12   proceedings.

13

14           IN WITNESS HEREOF, I have hereunto set my

15   hand this 13th day of February, 2025.

16

17

18              [signature]

19

20           Mae Knight

21

22

23

24

25
```

(800) 528-3335   NAEGELI DEPOSITION & TRIAL   NAEGELIUSA.COM
Established 1980