**Jason Dare**

| | |
|---|---|
| From: | bobbymoak402@att.net |
| Sent: | Wednesday, November 13, 2024 1:06 PM |
| To: | Jason Dare |
| Subject: | Adams v Bailey, et al. |
| Attachments: | ID.pdf; Sheriff Bryan Bailey.pdf |

Discovery attached for your review and file along with links due to the size of the files:

Here are the attachments as links for your review:
Merit Health.pdf
University Medical Center (Pages 1-57).pdf
University Medical Center (Pages 58-118).pdf
University Medical Center (Pages 119-216).pdf
University Medical Center (Pages 217-321).pdf
Add your comments and collaborate with others in real time. You don't need to download Acrobat or sign up to access the file.

Thanks!

Karen L. Smith,
Paralegal to Bobby Moak

Law Office of Bobby Moak, P.C.
402 Monticello Street
PO Box 242
Bogue Chitto, MS  39629
Phone:  (601) 734-2566
Direct:  (601) 734-2576
Fax:  (601) 734-2563
bobbymoak402@att.net
bmoak@locnet.net
www.bobbymoak.net

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Neither this automated, computer generated attachment nor the sending of this email is a signature binding against the sender as a signed offer or acceptance of contract.

EXHIBIT 3

# INMATE DETAILS

## BOBBIE ADAMS



## MDOC ID Number: 241689

| | | |
|---|---|---|
| **Race:** BLACK | **Sex:** MALE | **Date of Birth:** 07/21/1982 |
| **Height:** 6' 1" | **Weight:** 220 | **Complexion:** MEDIUM |
| **Build:** EXTRA L | **Eye Color:** BROWN | **Hair Color:** BLACK |
| **Entry Date:** 12/21/2022 | **Location:** WINSTON CCF | **UNIT:** -No Unit- |
| **Location Change Date:** 03/08/2023 | **Number of Sentences:** 1 | **Total Length:** 12 YEARS |

**OFFENSE 1: METHAMPHETAMINE- SELL**

**Sentence Length:** 12 YEARS    **County of Conviction:** RANKIN    **Sentence Date:** 11/07/2022

**Tentative Release:** 07/20/2034

\*Please note that due to state laws release types and release dates may differ from the information listed on this website.



*The Historic Foxx-Cox House*

Law Office of
**BOBBY MOAK, a professional corporation**
402 Monticello, Street, P.O. Box 242, Bogue Chitto, MS 39629
Phone: (601) 734-2566  Fax: 734-2563  E-mail: bobbymoak402@att.net

September 22, 2023

Sheriff Bryan Bailey
211 East Government Street
Brandon, MS 39042
c/o kshanks@rankincounty.org

Re:    Preservation of Documents and Things Relevant to Bobbie Adams

Dear Sheriff Bailey,

Our Law Firm represents Bobbie Adams in connection with possible legal claims arising from an incident involving the Rankin County Sheriff's Office and Mr. Bobbie Adams that occurred on or about May 1, 2021.

There were no video or audio recordings in the discovery documents of the District Attorney and as such those are asked to be preserved. These would include any audio or video beginning at the time of arrest and jail cell recordings until June 15, 2021, which was a time after surgery was performed on Mr. Adams.

We hereby request, in an effort to ensure that all reasonable steps are taken to preserve and safeguard evidence relevant to this case, that the employees of, agents of, and attorneys for the Rankin County Sheriff's Department not alter, destroy, or discard any documents, tangible things, or electronically stored information ("ESI") that may be relevant to the incident involving Mr. Smith and officers of the Rankin County Sheriff's Department, or relevant in any subsequent legal proceeding. Your obligation to ensure that your agents, employees, and attorneys preserve all relevant documents is in accordance with applicable law and includes, but is not limited to, video evidence (including "bodycam" footage), correspondence, letters, emails, faxes, instant messages, text messages, voicemail, recorded telephone conversations, notes, memoranda, spreadsheets, calendar entries, business contacts, employee records, employee handbooks, policies, standards, training manuals, training certificates, purchase orders, contracts, all computer communications including MDT (Mobile Data Terminal), MDC (Mobile Digital Computer), and CAD (Computer Assisted Dispatch) data, incident recall printouts, radio frequency tapes (simplex and duplex), invoices, or any other like information.

Please let me know if you would like to discuss any issues related to document preservation.

Sincerely,

Attorney for Bobbie Adams
Bobby Moak
P. O. Box 242
Bogue Chitto, MS 39629
Bobbymoak402@att.net

cc: The Honorable Erin Chalk, 1st U. S. Assistant Attorney
Mr. Dave Fulcher, Deputy Investigator
501 Court Street #4.430
Jackson, MS 39201

Rankin County Chancery Clerk
lswales@rankincounty.org

Rankin County Board Attorney
cslay@rankincounty.org