Michael Corey Jenkins, et al.
v.
Rankin County, Mississippi, et al.

Sheriff Bryan Bailey
January 8, 2025

*Brown Court Reporting & Litigation Support*
*4780 I-55 North, Suite 100*
*Jackson, MS 39211*
*julie@browncourtreporting.com*
*(601) 203-0071 phone | (601) 709-4611 fax*



EXHIBIT 4

```
 1            IN THE UNITED STATES DISTRICT COURT FOR
                THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                        NORTHERN DIVISION

 3

 4

 5   MICHAEL COREY JENKINS, et al.

 6              Plaintiffs,

 7

 8   v.              Civil Action No.  3:23-cv-374-ASH-DPJ

 9

10   RANKIN COUNTY, MISSISSIPPI, et al.,

11              Defendants.

12

13

14

15            DEPOSITION OF SHERIFF BRYAN BAILEY

16

17

18
         Taken at the instance of the Plaintiff at the
19   offices of Biggs Ingram and Solop PLLC, 578 Highland
     Colony Parkway, Suite 100, Ridgeland, Mississippi on
20              Wednesday, January 8, 2025,
                   beginning at 10:17 a.m.
21

22

23

24              * * * * * * * * * * * * * *
               REPORTED STENOGRAPHICALLY BY:
25        LORI W. BUSICK, CVR-S #7510, CCR #1677
```

```
 1         Q.   What is that?
 2         A.   It's a challenge coin with Rankin County
 3   Mississippi on one side and Lieutenant Middleton's
 4   Goon Squad on the other side.
 5         Q.   Okay.  When was the first time you saw
 6   this coin?
 7         A.   I think it was June of '23 whenever the
 8   five former deputies pled guilty to that bill
 9   information is the first time I've heard of this.
10         Q.   Okay.  And do you have -- at the time of
11   the Jenkins-Parker incident, did you have any
12   policies or procedures in place that dealt with
13   using Rankin County Sheriff's Department insignia on
14   logos?
15         A.   Yes, sir.  I can't remember which policy
16   it is, but there should be one restricting the use
17   of the sheriff's office logo without my approval.
18         Q.   And how did you enforce that policy?
19         A.   If somebody used the sheriff's office logo
20   in an inappropriate way, an employee, then I would
21   tell them they couldn't use it like that or tell
22   them to take it off their social media or whatever
23   it was.
24         Q.   Okay.  Facts of this case stated this
25   coin -- this logo and coin was being used in your
```

```
 1  department?
 2      A.   Yes, sir, it was being used without my
 3  knowledge.  I never would have approved anything
 4  like this.
 5      Q.   Okay.  Now, if you come -- if you were to
 6  come to understand that the testimony in this case
 7  has revealed that this logo and the operation of the
 8  Goon Squad that is represented by the logo was known
 9  to your officials and your department much earlier
10  than June of 2023, if you came to know that, what
11  would your response be?
12           MR. DARE:  Object to the form.
13           THE WITNESS:  I mean, I'm upset about it.
14  It should have never been used, never authorized.
15  And if somebody else knew about it they should have
16  said something.  Somebody should have informed me
17  about it.
18      Q.   (By Mr. Shabazz) And did you ever hear
19  anybody mention the existence of a Goon Squad?
20      A.   Never heard it before they pled guilty to
21  that in June, sometime in June, whatever the court
22  date was in June is the first time I've ever heard
23  of the Goon Squad.
24      Q.   And would you be surprised that it's been
25  testified that many persons in your department
```

CERTIFICATE OF COURT REPORTER

I, Lori W. Busick, Court Reporter and Notary Public, in and for the State of Mississippi, hereby certify that the foregoing contains a true and correct transcript of the testimony of Bryan Bailey, as taken by me in the aforementioned matter at the time and place heretofore stated, as taken by stenotype and later reduced to typewritten form under my supervision by means of computer-aided transcription.

I further certify that under the authority vested in me by the State of Mississippi that the witness was placed under oath by me to truthfully answer all questions in the matter.

I further certify that, to the best of my knowledge, I am not in the employ of or related to any party in this matter and have no interest, monetary or otherwise, in the final outcome of this matter.

Witness my signature and seal this the 20th day of January, 2025.



_____
Lori W. Busick, CVR-S #7510, CCR #1677
My Commission Expires:
August 22, 2026