**Rankin County Sheriff's Department**
**Bryan Bailey, Sheriff**



# USE OF FORCE REPORT

**INCIDENT NUMBER:** 2021-050074

**FROM:** Officer __Tony Shack__         **S.O. NUMBER:** __R-96__

**TO:** Sheriff Bailey

**VIA:** __Lt. Williams__         **S.O. NUMBER:** __R-33__
         *Shift Supervisor*

**SUBJECT: USE OF FORCE**
*For purposes of this report, Use of Force is defined as: weaponless tactics (hands-on, etc.); less than lethal weapons (Taser*, OC Spray, etc.); impact weapons (baton, flashlight, etc.); less lethal impact ammunition; and lethal force (duty side-arm, shotgun, rifle, etc.).*

Type of weapon(s) used: __K9__         Date of incident: __05 / 01 / 21__

Serious injury/death involved? Yes ☐  No ☑         AMR/Rescue on scene? Yes ☑  No ☐

Injured taken to: __Merrit Rankin/ UMC__         by: __Pafford__

Day time ☐   Night time ☑    Investigator Called: __Chief McAplin R-4__

Other Officers, witnesses to the incident:   __Dedmon R-12__
(List badge number if officer, list contact phone
number if civilian.)

Type of call: __Sale of methamphetamine__
              *(i.e. vehicle stop, domestic violence, pursuit, etc.)*

Photographs taken of parties involved *(physical injuries will be photographed)*? Yes ☑  No ☐

Taken by: __Shack__         *(Attach copy of photos to this report.)*

*Taser downloaded: ___/___/___     ___Hrs. By:_____
                     Date        Time

**EXHIBIT 5**

RC 027

**Rankin County Sheriff's Department – Use of Force Report**                                Page 2

Incident Number: _____ 2021-050074 _____

Circumstances surrounding the use of force:

On the above date while assisting Investigator Dedmon on a controlled purchase of narcotics the suspect began fleeing the parking lot in his vehicle. Upon reaching the other side of the parking lot the suspect exited his vehicle, and began to flee on foot. Being the suspect just committed numerous felonies I deployed my K9 VooDoo to track the suspect. Upon the suspect crossing Highway 468 we entered into a wooded area where VooDoo apprehended the suspect. The suspect was bit multiple times due to him kicking the K9 in the face and refusing to follow verbal commands. Investigator Dedmon was able to place the suspect in hand restraints, he was taken back to the location the incident took place and was transported to Merrit Health by Pafford.

_____ K96    16:50 Hrs.    5/12/21
Officer's Signature                    Time           Date

_____ R-40    5/12/21
Shift Supervisor's Signature           Date

RC 028